

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-20-00391-CV

———————————————

SOKTHY DOEUNG, Appellant

V.

BANAN SAN DOEUNG, Appellee

---

On Appeal from the 231st District Court
Tarrant County, Texas
Trial Court No. 231-642673-18

---

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

On March 18, 2021, we notified appellant that his brief had not been filed as the appellate rules require. *See* Tex. R. App. P. 38.6(a). We stated that we could dismiss the appeal for want of prosecution unless, within ten days, appellant filed with the court an appellant's brief and an accompanying motion reasonably explaining the brief's untimely filing and why an extension was needed. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b). We have received no response.

Because appellant has failed to file a brief even after we afforded an opportunity to explain the initial failure, we dismiss the appeal for want of prosecution.[1] *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Appellant must pay all costs of this appeal.

Per Curiam

Delivered: April 29, 2021

---

[1]We deny appellee's motion to dismiss the appeal as moot. *See Hays St. Bridge Restoration Grp. v. City of San Antonio*, 570 S.W.3d 697, 702 (Tex. 2019); *Kadyebo v. CJ Heritage Apts.*, No. 02-11-00494-CV, 2012 WL 1947347, at *1 (Tex. App.—Fort Worth May 31, 2012, no pet.) (per curiam) (mem. op.).